IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY WILLIAMS, ) | |
|       Petitioner ) | |
| ) | |
|       v. ) | Civil Action No. 04-1949 |
| ) | |
| JOSEPH DESUTA; THE ATTORNEY ) | |
| GENERAL OF THE STATE OF ) | |
| PENNSYLVANIA, ) | |
|       Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit, this **8th** day of February, 2006, it is hereby ORDERED, ADJUDGED AND DECREED that a telephone status conference in the above case will be held on **Feb. 14, 2006** at **10 AM**.

_____
Lisa Pupo Lenihan
United States Magistrate Judge