## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY WILLIAMS,                    )
                                     )
                Petitioner,          )       Civil Action No. 04 - 1949
        v.                           )       Judge Terrence F. McVerry /
                                     )       Magistrate Judge Lisa Pupo Lenihan
JOSEPH F. DESUTA and                 )
THE ATTORNEY GENERAL OF THE          )       Doc. No. 45
STATE OF PENNSYLVANIA,               )
                                     )
                Respondents.         )

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's Motion to compel is **GRANTED** in part as follows:

1. Petitioner's Parole file shall be made available for review and copying on February 17, 2006, or as otherwise mutually agreed upon by the parties. If photocopies cannot be made while counsel or counsel agent is reviewing the file, copies will be provided within 24 hours.

2. Petitioner's Department of Corrections file shall be provided to counsel for Respondents no later than march 1, 2006 for his review.

Said file shall be provided to counsel for Petitioner no later than March 10, 2006.

3. Respondent is allowed until February 28, 2006 to file a response to the remaining requests in the Motion to Compel. The remaining requests in the motion shall be ruled upon by the Court following its receipt of the response.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local

Rules for Magistrates.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_2 - 14 - 06_
Date

Lisa Pupo Lenihan
United States Magistrate Judge

cc:    All parties of record